JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NIESHA PAUL,

       Plaintiff,

       v.

FAIR COLLECTIONS & OUTSOURCING OF NEW ENGLAND, INC.,

       Defendant.

**Case No.:** 2:17-CV-06507-PJW

**ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**

      Based upon Plaintiff's voluntary dismissal request, and good cause, this Court hereby orders that Plaintiff's claim is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
HON. PATRICK J. WALSH
U.S. MAGISTRATE JUDGE